UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ERIC PARIS,<br><br>            Plaintiff,<br><br>    v.<br><br>IKWINDER SINGH,<br><br>            Defendant. | CASE NO. 1:14-cv-00391-MJS (PC)<br><br>**ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>**(ECF No. 28)**<br><br>**SEPTEMBER 9, 2016 DISPOSITIVE MOTION DEADLINE** |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's first amended complaint against Defendant Singh for inadequate medical care in violation of the Eighth Amendment of the United States Constitution.

On August 9, 2016, Defendant filed a motion seeking to extend the dispositive motion deadline for a second time, to September 9, 2016. Plaintiff filed no opposition. Good cause having been presented, and good cause having been found, Defendant's

1

request is HEREBY GRANTED. The deadline for filing dispositive motions is extended to and including September 9, 2016.

IT IS SO ORDERED.

Dated: September 6, 2016                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE