UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ERIC PARIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IKWINDER SINGH,<br><br>　　　　Defendant. | CASE NO. 1:14-cv-00391-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 32)** |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Singh on Plaintiff's Eighth Amendment claim for inadequate medical care. The parties have consented to Magistrate Judge jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c).

On September 9, 2016, Defendant filed a motion for summary judgment. (ECF No. 30.) Plaintiff failed to file an opposition. On October 24, 2016, the Court ordered Plaintiff to file an opposition or statement of non-opposition within twenty-one days. (ECF No. 31.) The twenty-one day deadline passed without Plaintiff either filing an opposition or statement of non-opposition, or seeking an extension of time to do so. On November 21, 2016, the Court ordered Plaintiff to show cause why the action should not be

dismissed for failure to obey a court order and failure to prosecute. (ECF No. 32.) On November 23, 2016, Plaintiff filed his opposition. (ECF No. 33.)

Despite Plaintiff's failure to show cause for his untimely filing, the Court nevertheless will discharge the order to show cause. The Court will proceed to the merits of Defendant's motion following receipt of Defendant's reply, if any.

Based on the foregoing, the order to show cause (ECF No. 32) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   November 27, 2016            /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE